UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:  
    Billie Byars

CHAPTER 13  
CASE NO: 18-31659  
JUDGE JOEL D. APPLEBAUM

_____Debtor_____/

## ORDER GRANTING THE CHAPTER 13 TRUSTEE'S POST-CONFIRMATION PLAN MODIFICATION

This matter having come on for hearing before the Court with due notice having been provided, and after reviewing the Court's file and those representations made on the record, the Court finds it appropriate to enter this Order upon one of the following paragraphs so indicated:

____ Upon the denial of confirmation of the debtor's Chapter 13 Plan by the Court and denial of further time by the Court to propose another Plan, the reasons having been stated on the record.

_X_ **For failure to comply with the terms and conditions set forth in the Order Adjourning Chapter 13 Standing Trustee's Post-Confirmation Plan Modification entered on September 13, 2022 (docket #78).**

    **IT IS HEREBY ORDERED** that the Chapter 13 Trustee's Post Confirmation Plan Modification is hereby granted.

    **IT IS FURTHER ORDERED** that the Debtor's Chapter 13 plan payment shall increase to $1,084.00 per month.

**Signed on October 4, 2022**

/s/ Joel D. Applebaum  
Joel D. Applebaum  
United States Bankruptcy Judge